IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| EFRAIN ESCALANTE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-16-258-C |
| | ) | |
| WARDEN BEAR, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER OF TRANSFER

This matter is before the Court on the Supplemental Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on May, 5, 2016. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 10) is adopted and, for the reasons announced therein, this action is transferred to the United States District Court for the Northern District of Oklahoma.

IT IS SO ORDERED this 31st day of May, 2016.

ROBIN J. CAUTHRON
United States District Judge